JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUSTINIANO SANTIBANEZ,  )  Case No.  SACV 11-396 RNB
                        )
            Plaintiff,  )
                        )    **J U D G M E N T**
        vs.             )
                        )
MICHAEL J. ASTRUE,      )
Commissioner of Social Security, )
                        )
            Defendant.  )
_____)

In accordance with the Order Granting Motion to Dismiss filed herewith,

IT IS HEREBY ADJUDGED that the Commissioner's motion to dismiss is granted and this action is dismissed for lack of subject matter jurisdiction.

DATED: November 7, 2011

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE