JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINIANO SANTIBANEZ,<br><br>                Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                Defendant. | Case No. SACV 11-396 RNB<br><br>**J U D G M E N T** |

In accordance with the Order Granting Motion to Dismiss filed herewith,

IT IS HEREBY ADJUDGED that the Commissioner's motion to dismiss is granted and this action is dismissed for lack of subject matter jurisdiction.

DATED: November 7, 2011

*/s/ Robert N. Block*

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE